

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-14-00116-CR

ATETHAN VORARITSKUL                                    APPELLANT

V.

THE STATE OF TEXAS                                              STATE

----------

### FROM THE 16TH DISTRICT COURT OF DENTON COUNTY
### TRIAL COURT NO. F-2013-0350-A

----------

## MEMORANDUM OPINION[1]

----------

After review of the reporter's record of the trial court's December 15, 2014 abatement hearing and pursuant to Appellant's statement on record that he no longer wishes to continue this appeal, this court, on its own initiative, suspends the requirements of rule 42.2(a) of the rules of appellate procedure, and we dismiss the appeal. See Tex. R. App. P. 2, 42.2(a), 43.2(f).

---

[1]See Tex. R. App. P. 47.4.

PER CURIAM

PANEL:  GABRIEL, J; LIVINGSTON, C.J.; and SUDDERTH, J.

DO NOT PUBLISH
Tex. R. App. P. 47.2(b)

DELIVERED:  February 12, 2015